# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**CHARLES PRIESTLY,**

    **Defendant.**                                       **Case No. 10-cr-30180-DRH**

## ORDER

**HERNDON, Chief Judge:**

        Pending before the Court is Defendant's second motion to continue trial setting (Doc. 25). Defendant maintains that he needs additional time to review discovery and to prepare for trial. The Government does not object. If refusing to grant a continuance in this matter "would unreasonably deny . . . counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," then a continuance is necessary. ***See* 18 U.S.C. § 3161(h)(7)(B)(iv)**. Therefore, the Court finds that a continuance is necessary. Pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

        Accordingly, the Court **GRANTS** Defendant's second motion to continue trial setting (Doc. 25) and **CONTINUES** the jury trial scheduled for April 25, 2011

to Tuesday, July 5, 2011 at 9:00 a.m. The time from the date the motion to continue trial was filed, April 5, 2011, to when the trial is rescheduled, July 5, 2011, is excludable time for the purposes of the Speedy Trial Act.

Lastly, should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED**.

Signed this 5th day of April, 2011.

Digitally signed by
David R. Herndon
Date: 2011.04.05
10:21:25 -05'00'

**Chief Judge
United States District Court**